| PROB 22<br>(Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court)<br>CR103-00003-001 |
|---|---|---|
| | FILED<br>U.S. DISTRICT COURT<br>AUGUSTA DIV.<br>2005 SEP 29 AM 10:44<br>CLERK J. Butler<br>SO. DIST. OF GA. | FILED<br>SEP 14 2005 |
| | | DOCKET NUMBER (Rec. Court)<br>05-PT-332-TFH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Alfonso D'Antignac<br><br>Washington, D.C. | Southern District of Georgia | Augusta |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Dudley H. Bowen, Jr | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>June 17, 2005 | TO<br>June 16, 2008 |

OFFENSE

Ct. 1 - Conspiracy to making false statement in the acquisition of firearms; Ct. 5 - Making false statement in the acquisition of firearms

FILED
OCT 0 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Georgia

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 20, 2005
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Columbia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept. 13, 2005
Effective Date

_____
United States District Judge

ATTEST: A TRUE COPY

9/30, 20 05

L. Ilenden
Deputy Clerk

84



RECEIVED

OCT 7 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT