AO 245B (Rev 3/01) Judgment in a Criminal Case
Sheet 1

Case No. 05-PT-332-TFH

# United States District Court
### SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Alfonso D'Antignac, Jr. | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>CASE NUMBER: CR103-00003-001<br>Richard T. Pacheco, II<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] pleaded guilty to Counts  1 and 5  .
[ ] pleaded nolo contendere to Count(s) _ which was accepted by the Court.
[ ] was found guilty on Count(s)_ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to make false statements in the acquisition of firearms | September 2002 | 1 |
| 18 U.S.C. § 924(a)(1)(A) | Making false statements in the acquisition of firearms | September 13, 2002 | 5 |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on Count(s)___.
[X] Counts  2,3,4, and 6 through 11  are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No:

Defendant's Date of Birth:

Defendant's U.S.M. Number:

Defendant's Residence Address:

Defendant's Mailing Address:
In custody

September 3, 2003
Date of Imposition of Judgment

*signature*
Signature of Judicial Officer

Dudley H. Bowen, Jr.
Chief United States District Judge
Name & Title of Judicial Officer

Sept 10, 2003
Date

ATTEST: A TRUE COPY
9/30, 20 05
L. Febders
Deputy Clerk

63

AO 245B (Rev 3/01) Judgment in a Criminal Case:     Judgment-Page 2 of 6
Sheet 2 - Imprisonment

DEFENDANT: Alfonso D'Antignac, Jr.
CASE NUMBER: CR103-00003-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>27 months. This term consists of 27 months on each count, to be served concurrently.</u>

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                      United States Marshal

               By _____
                     Deputy United States Marshal

Case 1:05-pt-00332-TFH   Document 1-3   Filed 10/07/2005   Page 3 of 7
Case 1:03-cr-00003-DHB   Document 63   Filed 09/10/2003   Page 3 of 7

AO 245B (Rev 3/01) Judgment in a Criminal Case — Sheet3 - Supervised Release                    Judgment-Page 3 of 6

DEFENDANT: Alfonso D'Antignac, Jr.
CASE NUMBER: CR103-00003-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>3 years. This term consists of 3 years on each count, to be served concurrently</u>.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

[ ]   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

[X]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev 3/01) Judgment In a Criminal Case:
Sheet 3C - Supervised Release

Judgment-Page 4 of 6

DEFENDANT: Alfonso D'Antignac, Jr.
CASE NUMBER: CR103-00003-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of testing for drug and alcohol abuse and, if the probation officer determines it is necessary, the defendant shall participate in a program of treatment for drug and alcohol abuse as directed by the probation officer, until such time as the defendant is released from the program by the Court.

2. The defendant shall perform 200 hours of community service, as directed by the probation officer, within the first 12 months of supervised release.

AO 245B (Rev 3/01) Judgment in a Criminal Case:
Sheet5 - Criminal Monetary Penalties

Judgment-Page 5 of 6

DEFENDANT: Alfonso D'Antignac, Jr.
CASE NUMBER: CR103-00003-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments, set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $200 | $0 | $453 |

[ ] The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

[X] The defendant shall make restitution (including community restitution) to the following payee as reimbursement of medical expenditures incurred by the United States Marshals Service on behalf of the defendant due to a self-inflicted injury. Payment shall be made payable to Clerk, U.S. District Court, P.O. Box 1130, Augusta, Georgia 30903, for disbursement to the victim.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| United States Marshals Service |  | $453.00 |  |
| Totals: |  | $453.00 |  |

[ ] If applicable, restitution amount ordered pursuant to plea agreement    $ _____

[ ] The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   [ ]    The interest requirement is waived for the [ ] fine and/or [ ] restitution.
   [ ]    The interest requirement for the [ ] fine and/or [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev 3/01) Judgment in a Criminal Case:
Sheet 6 - Criminal Monetary Penalties

Judgment-Page 6 of 6

DEFENDANT: Alfonso D'Antignac, Jr.
CASE NUMBER: CR103-00003-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [X]  Lump sum payment of $ 653 due immediately.

    [ ]  not later than ___; or
    [ ]  in accordance with [ ] C, [ ] D, or [ ] E below; or

B [ ]  Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] E below); or

C [ ]  Payment in (e.g., equal, weekly, monthly, quarterly) installments of $__ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after the date of this judgment; or

D [ ]  Payment in (e.g., equal, weekly, monthly, quarterly) installments of $__ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ]  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several
    Defendant Name, Case Number, and Joint and Several Amount:


[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest; (4) fine principal; (5) community restitution; (6) fine interest; (7) penalties, and (8) costs, including cost of prosecution and court costs.

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA    \*

vs.    \*    CASE NO.   CR103-003

   \*

ALFONSO D'ANTIGNAC, JR.    \*

   \*

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Judgment dated 9/10/03, which is part of the official records of this case.

Date of Mailing: 9/10/03
Date of Certificate: 9/10/03

SCOTT L. POFF, CLERK

By: *[signature]*

NAME:
1. Alfonso D'Antignac, Jr.
2. Richard T. Pacheco, II
3. Alfonso D'Antignac, Sr.
4. Cindy (financial)
5. collections (2 cert)
6.
7.

Cert/Copy
- [ ] [X] District Judge
- [ ] [ ] Magistrate Judge
- [ ] [X] Minutes
- [X] [ ] U.S. Probation
- [X] [ ] U.S. Marshal
- [X] [ ] U.S. Attorney
- [ ] [ ] JAG Office

Cert/Copy
- [ ] [ ] Dept. of Justice
- [ ] [ ] Dept. of Public Safety
- [X] [ ] Voter Registrar
- [ ] [ ] U.S. Court of Appeals
- [ ] [ ] Nicole/Debbie
- [ ] [ ] Ray