COPY

APPEAL, CLOSED

## U.S. District Court
## Southern District of Georgia (Augusta)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00003-DHB-1
### Internal Use Only

*Case No. 05-PT-332-TFH*

Case title: USA v. D'Antignac, et al

Date Filed: 01/09/2003

Assigned to: Judge Dudley H. Bowen, Jr

**Defendant**

**Alfonso D'Antignac, Jr.** (1)
*TERMINATED: 09/10/2003*

represented by **Richard T. Pacheco, II**
Douglas J. Flanagan & Assoc., PC
3540 Wheeler Rd.
Suite 509
Augusta, GA 30909
706/736-3020
Fax: 706/736-3228(fax)
*TERMINATED: 09/10/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

18:924A.F MAKING FALSE
STATEENTS IN ACQUISITION OF
FIREARMS.
(5)

**Disposition**

27 MONTHS CUST BOP ON EACH
COUNT TO BE SVD
CONCURRENTLY; 3 YRS.
SUPERVISED RLS ON EACH
COUNT TO BE SVD
CONCURRENTLY; $200.00
SPECIAL ASSMT; $453.00
RESTITUTION.

27 MONTHS CUST BOP ON EACH
COUNT TO BE SVD
CONCURRENTLY; 3 YRS.
SUPERVISED RLS ON EACH
COUNT TO BE SVD
CONCURRENTLY; $200.00
SPECIAL ASSMT; $453.00
RESTITUTION.

**Highest Offense Level (Opening)**

Felony

ATTEST: A TRUE COPY
9/30 , 20 05
Deputy Clerk

| Terminated Counts | Disposition |
|---|---|
| 18:924A.F MAKING FALSE STATEENTS IN ACQUISITION OF FIREARMS. (2-4) | DISMISSED |
| 18:924A.F MAKING FALSE STATEENTS IN ACQUISITION OF FIREARMS. (6) | DISMISSED |
| 18:922A.F NON DEALER TRANSFERRING FIREARMS TO NON-RESIDENT (7-11) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**surety**

**Alfonso D'Antignac, Sr.**

**Custodian**

**Ronald West**

**Plaintiff**

| United States of America | represented by | Nancy Colleen Greenwood |
|---|---|---|

United States of America    represented by **Nancy Colleen Greenwood**
U.S. Attorney's Office
P.O. Box 2017
Augusta. GA 30903
706/724-0517
Fax: 706/724-7728
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2003 | 1 | INDICTMENT as to Alphonzo D. Dantignac (1) count(s) 1, Andrea Simmons (2) count(s) 1, 4, 9, Quaford M. Walton (3) count(s) 1, 2, 5, 7, |

| | | |
|---|---|---|
| | | 10, Reginald West (4) count(s) 1. 3, 6, 8, 11 (ljf) (Entered: 03/21/2003) |
| 01/09/2003 | 2 | Penalty Certification by USA as to Alphonzo D. Dantignac, Andrea Simmons, Quaford M. Walton, Reginald West (ljf) (Entered: 03/21/2003) |
| 01/09/2003 | | ARREST WARRANT issued as to Alphonzo D. Dantignac (ljf) (Entered: 03/21/2003) |
| 01/09/2003 | | **Added Government Attorney Nancy Colleen Greenwood (bmm) (Entered: 04/08/2003) |
| 01/09/2003 | | Count(s) added Alfonso D'Antignac (1) count(s) 2-6, 7-11 (ljf) (Entered: 06/12/2003) |
| 02/12/2003 | | ARREST of Alphonzo D. Dantignac (ljf) (Entered: 03/21/2003) |
| 02/13/2003 | 26 | ARREST WARRANT Returned Executed as to Alphonzo D. Dantignac on 2/12/03 (ljf) (Entered: 03/21/2003) |
| 02/24/2003 | 27 | NOTICE to Retain Counsel as to Alphonzo D. Dantignac Attorney: Lourdes Coleman (ljf) (Entered: 03/21/2003) |
| 02/26/2003 | 28 | NOTICE of Appearance for Alphonzo D. Dantignac by Attorney Richard T. Pacheco, II (ljf) (Entered: 03/21/2003) |
| 02/26/2003 | 29 | NOTICE to Retained Counsel as to Alphonzo D. Dantignac Attorney: Richad T. Pacheco, II (ljf) (Entered: 03/21/2003) |
| 02/27/2003 | | Initial appearance as to Alphonzo D. Dantignac set for 2:30 3/3/03 for Alphonzo D. Dantignac before Magistrate Judge W. Leon Barfield (ljf) (Entered: 03/21/2003) |
| 02/27/2003 | 30 | MOTION by Alphonzo D. Dantignac for bond Hearing with brief in support. (ljf) (Entered: 03/21/2003) |
| 02/27/2003 | | Motion(s) referred to Magistrate Judge W. Leon Barfield as to Alphonzo D. Dantignac : [30-1] motion for bond Hearing (ljf) (Entered: 03/23/2003) |
| 03/03/2003 | | Initial appearance as to Alphonzo D. Dantignac held; Govt moved for detention; Hrng scheduled for 3/6/03. (Defendant informed of rights.) (ljf) (Entered: 03/23/2003) |
| 03/03/2003 | | Arraignment as to Alphonzo D. Dantignac held Not guilty plea entered: Pretrial motions due 3/17/03; Govt responses due 10 days thereafter. (ljf) (Entered: 03/23/2003) |
| 03/03/2003 | 31 | ORDER OF TEMPORARY DETENTION as to Alphonzo D. Dantignac; Hrng scheduled for 3/6/03 at 2:30 p.m. ( Signed by Magistrate Judge W. Leon Barfield ) (ljf) (Entered: 03/23/2003) |
| 03/03/2003 | | Detention hearing as to Alphonzo D. Dantignac set for 2:30 3/6/03 for Alphonzo D. Dantignac before Magistrate Judge W. Leon Barfield (ljf) (Entered: 03/23/2003) |
| 03/04/2003 | 32 | ORDER as to Alphonzo D. Dantignac set Motion Filing deadline to |

| | | 3/17/03 for Alphonzo D. Dantignac ( Signed by Magistrate Judge W. Leon Barfield ) (ljf) (Entered: 03/23/2003) |
|---|---|---|
| 03/06/2003 | 33 | APPEARANCE BOND entered by Alphonzo D. Dantignac in Amount $ 50,000.00 secured by $5,000.00 cash, Receipt # 100631. (ljf) (Entered: 03/23/2003) |
| 03/06/2003 | 34 | ORDER Setting Conditions of Release as to Alphonzo D. Dantignac: Bond set $50,000.00 secured by 10% cash. ( Signed by Magistrate Judge W. Leon Barfield ) (ljf) (Entered: 03/23/2003) |
| 03/06/2003 | | **Added party for Alphonzo D. Dantignac surety Alfonso D'Antignac Sr. (ljf) (Entered: 03/23/2003) |
| 03/06/2003 | 35 | FORFEITURE AGREEMENTby Alfonso D'Antignac Sr., surety for Alphonzo D. Dantignac (ljf) (Entered: 03/23/2003) |
| 03/06/2003 | 36 | ADDRESS AFFIDAVIT by Alphonzo D. Dantignac (ljf) (Entered: 03/23/2003) |
| 03/06/2003 | 37 | Certificate of Clerk as to Alphonzo D. Dantignac to deposit funds in registry of court in the amount of 5,000.00 (ljf) (Entered: 03/23/2003) |
| 03/06/2003 | | Copy of General Order regarding registry given to Surety for Alphonzo D. Dantignac. (ljf) (Entered: 03/23/2003) |
| 03/06/2003 | | Detention hearing as to Alphonzo D. Dantignac held before MJ Barfield in Augusta, Ga. Bond set at $50,000.00 to be secured by 10% cash. Deft placed in 3rd prty cust of his father. (ljf) Modified on 03/23/2003 (Entered: 03/23/2003) |
| 03/06/2003 | 38 | Exhibit list by USA as to Alphonzo D. Dantignac (Govt's Exhibit #1 placed in file). (ljf) (Entered: 03/23/2003) |
| 03/07/2003 | 39 | ORDER as to Alphonzo D. Dantignac mooting [30-1] motion for bond Hearing as to Alphonzo D. Dantignac (1) ( Signed by Magistrate Judge W. Leon Barfield ) (ljf) (Entered: 03/23/2003) |
| 03/10/2003 | 40 | Rule 40 Documents as to Alphonzo D. Dantignac received from Dist. of Columbia (ljf) (Entered: 03/23/2003) |
| 03/11/2003 | 41 | MOTION by Alphonzo D. Dantignac for Discovery with brief in support. (ljf) (Entered: 03/26/2003) |
| 03/11/2003 | | Motion(s) referred to Magistrate Judge W. Leon Barfield as to Alphonzo D. Dantignac : [41-1] motion for Discovery (ljf) (Entered: 03/26/2003) |
| 03/25/2003 | 46 | RESPONSE by USA as to Alphonzo D. Dantignac in opposition to [41-1] motion for Discovery (ljf) (Entered: 03/26/2003) |
| 05/06/2003 | | Jury selection and trial assignment set for 9:00 6/16/03 for Alphonzo D. Dantignac before Chief Judge Dudley H. Bowen Jr (bmm) (Entered: 05/06/2003) |
| 05/07/2003 | 50 | ORDER as to Alphonzo D. Dantignac granting in part, denying in part, |

| | | |
|---|---|---|
| | | and mooting as to some [41-1] motion for Discovery as to Alphonzo D. Dantignac (1); granting Govt's motion for reciprocal discv. ( Signed by Magistrate Judge W. Leon Barfield ) (ljf) (Entered: 05/08/2003) |
| 05/09/2003 | | Change of Plea Hearing as to Alphonzo D. Dantignac set for 2:00 6/11/03 for Alphonzo D. Dantignac before Chief Judge Dudley H. Bowen Jr (bmm) (Entered: 05/09/2003) |
| 05/09/2003 | 52 | MOTION by USA as to Alphonzo D. Dantignac to Correct spelling of deft's name with brief in support (ljf) (Entered: 05/12/2003) |
| 05/19/2003 | 53 | ORDER as to Alphonzo D. Dantignac granting [52-1] motion to Correct spelling of deft's name as to Alphonzo D. Dantignac (1) ( Signed by Magistrate Judge W. Leon Barfield ) (ljf) (Entered: 05/20/2003) |
| 06/11/2003 | | Change of Plea Hearing as to Alfonso D'Antignac Jr. held; deft remanded to custody. (bmm) (Entered: 06/12/2003) |
| 06/11/2003 | | **Location LC as to Alfonso D'Antignac Jr. (bmm) (Entered: 06/12/2003) |
| 06/11/2003 | 54 | CHANGE OF PLEA entered by Alfonso D'Antignac Jr.. Court accepts plea. Guilty: Alfonso D'Antignac (1) count(s) 1, 5 (Terminated motions: ) (ljf) (Entered: 06/12/2003) |
| 06/11/2003 | 55 | Plea Agreement as to Alfonso D'Antignac Jr. (ljf) (Entered: 06/12/2003) |
| 06/11/2003 | 56 | Plea Agreement Accepted as to Alfonso D'Antignac Jr. ( by Chief Judge Dudley H. Bowen Jr ) (ljf) (Entered: 06/12/2003) |
| 06/24/2003 | 58 | RESPONSE by USA as to Alfonso D'Antignac Jr. in opposition to [57-1] motion for Post-Conviction Release from Custody (ljf) (Entered: 06/26/2003) |
| 06/26/2003 | 57 | MOTION by Alfonso D'Antignac Jr. for Post-Conviction Release from Custody with brief in support. (ljf) (Entered: 06/26/2003) |
| 06/26/2003 | | Motion(s) referred to Magistrate Judge W. Leon Barfield as to Alfonso D'Antignac Jr.: [57-1] motion for Post-Conviction Release from Custody (ljf) (Entered: 06/26/2003) |
| 07/17/2003 | 59 | ORDER as to Alfonso D'Antignac Jr. denying [57-1] motion for Post-Conviction Release from Custody as to Alfonso D'Antignac (1) ( Signed by Chief Judge Dudley H. Bowen Jr ) (ljf) (Entered: 07/17/2003) |
| 08/25/2003 | | Sentencing set for 10:00 9/3/03 for Alfonso D'Antignac Jr., for Quaford M. Walton, for Reginald West before Chief Judge Dudley H. Bowen Jr , Alfonso D'Antignac (1) count(s) 1, 5, Quaford M. Walton (3) count(s) 2, 5, Reginald West (4) count(s) 3, 6 (bmm) (Entered: 08/25/2003) |
| 09/03/2003 | | Sentencing held Alfonso D'Antignac (1) count(s) 1, 5, Quaford M. Walton (3) count(s) 2, 5, Reginald West (4) count(s) 3, 6 (bmm) (Entered: 09/05/2003) |
| 09/03/2003 | 64 | MOTION by Alfonso D'Antignac, Sr., surety for Alfonso D'Antignac Jr. |

| | | |
|---|---|---|
| | | to Release Bond Obligation . (ljf) (Entered: 09/10/2003) |
| 09/10/2003 | 63 | JUDGMENT Alfonso D'Antignac (1) count(s) 1, 5 . 27 MONTHS CUST BOP ON EACH COUNT TO BE SVD CONCURRENTLY; 3 YRS. SUPERVISED RLS ON EACH COUNT TO BE SVD CONCURRENTLY; $200.00 SPECIAL ASSMT; $453.00 RESTITUTION. ( Signed by Chief Judge Dudley H. Bowen Jr ) party Alfonso D'Antignac (ljf) (Entered: 09/10/2003) |
| 09/10/2003 | | DISMISSAL of Count(s) on Government Motion as to Alfonso D'Antignac Jr. Counts Dismissed: Alfonso D'Antignac (1) count(s) 2-4, 6, 7-11 (ljf) (Entered: 09/10/2003) |
| 09/10/2003 | | **Case closed Alfonso D'Antignac Jr., Andrea Simmons, Quaford M. Walton, Reginald West (all defendants). (ljf) (Entered: 09/10/2003) |
| 09/12/2003 | 65 | ORDER as to Alfonso D'Antignac Jr. granting [64-1] motion to Release Bond Obligation as to Alfonso D'Antignac (1) ( Signed by Chief Judge Dudley H. Bowen Jr ) (ljf) (Entered: 09/16/2003) |
| 04/05/2004 | 71 | Judgment Returned Executed as to Alfonso D'Antignac Jr.; on 11/3/03 at FCI Cumberland (jgb) (Entered: 04/05/2004) |
| 07/21/2004 | 72 | MOTION by Alfonso D'Antignac Jr. (copy; original in CV104-117) to Vacate under 28 U.S.C. 2255 with brief in support. (jah) (Entered: 07/29/2004) |
| 07/21/2004 | | Motion(s) referred to Magistrate Judge W. Leon Barfield as to Alfonso D'Antignac Jr.: [72-1] motion to Vacate under 28 U.S.C. 2255 (jah) (Entered: 07/29/2004) |
| 08/04/2004 | 73 | ORDER as to Alfonso D'Antignac Jr. directing service of process to issue. The resp is to answer within 60 days. The Clerk is to serve this order on the pet and this order and petition on the resp by cert mail. ( Signed by Magistrate Judge W. Leon Barfield ) (cmk) (Entered: 08/04/2004) |
| 08/24/2004 | 74 | Transcripts requested by USA Rule 11 hearing and sentencing as to Alfonso D'Antignac Jr. (esi) Modified on 08/24/2004 (Entered: 08/24/2004) |
| 09/08/2004 | 75 | TRANSCRIPT filed in case as to Alfonso D'Antignac Jr. for dates of 6/11/03 Rule 11 hrng before Judge Bowen in Augusta, Ga. (ljf) (Entered: 09/08/2004) |
| 09/08/2004 | 76 | TRANSCRIPT filed in case as to Alfonso D'Antignac Jr., Quaford M. Walton, Reginald West for dates of 9/3/03 sentencing hrng before Judge Bowen at Augusta, Ga. (ljf) (Entered: 09/08/2004) |
| 09/29/2004 | 77 | RESPONSE by USA as to Alfonso D'Antignac Jr. re 28:2255 motion (cmk) (Entered: 10/01/2004) |
| 10/25/2004 | 78 | MOTION by Alfonso D'Antignac Jr. for Appointment of Counsel with brief in support. (cmk) (Entered: 10/25/2004) |

| | | |
|---|---|---|
| 11/03/2004 | 79 | Receipt For Exhibit #1 (cy of identification cards) by USA as to Alfonso D'Antignac Jr. (ljf) (Entered: 11/04/2004) |
| 12/15/2004 | | Motion(s) referred to Magistrate Judge W. Leon Barfield as to Alfonso D'Antignac Jr.: [78-1] motion for Appointment of Counsel (bmm) (Entered: 12/15/2004) |
| 02/01/2005 | 80 | ORDER as to Alfonso D'Antignac Jr. denying [78-1] motion for Appointment of Counsel as to Alfonso D'Antignac (1) ( Signed by Magistrate Judge W. Leon Barfield ) (cmk) (Entered: 02/01/2005) |
| 03/14/2005 | 81 | TRAVERSE OF GOVERNMENT'S opposition to petitioner's motion pursuant to 28 USC 2255 by Alfonso D'Antignac Jr. (cmk) (Entered: 03/16/2005) |
| 09/19/2005 | 82 | REPORT AND RECOMMENDATIONS as to Alfonso D'Antignac, Jr that this motion be denied re 72 Motion to Vacate (2255) Objections to R&R due by 9/29/2005. Signed by Judge W. Leon Barfield on 9/19/05. (cmr) (Entered: 09/19/2005) |
| 09/19/2005 | 83 | ORDER directing service of the R&R on all parties as to Alfonso D'Antignac, Jr re 82 REPORT AND RECOMMENDATIONS as to Alfonso D'Antignac, Jr re 72 Motion to Vacate (2255) . Signed by Judge W. Leon Barfield on 9/19/05. (cmr) (Entered: 09/19/2005) |
| 09/29/2005 | 84 | Probation Jurisdiction Transferred to District of Columbia as to Alfonso D'Antignac, Jr Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, docket sheet, and payment history. (ljf) (Entered: 09/30/2005) |