PROB 12A-DC
(Rev. 12/82)

# UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

FILED

NOV 2 - 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs. **Alphonso D'Antignac**                     Docket No.: **05-PT-332-TFH**

### REQUEST FOR COURSE OF ACTION
(Issuance of Warrant)

COMES NOW **Crystal Burston**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Alphonso D'Antignac**, who was placed on Supervised Release by the Honorable **Dudley H. Bowen, Jr.**, Chief Judge, sitting in the Court in the Southern District of Georgia, on the **3rd** day of **September, 2003**, who fixed the period of Supervised Release at **3** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows: participate in drug and alcohol testing and treatment as deemed necessary by the probation officer, and shall perform 200 hours of community service within first twelve months of supervised release.

Mr. D'Antignac appeared before the Honorable Dudley H. Bowen, Jr., Chief United States District Judge for the Southern District of Georgia on September 3, 2003, after a plea of guilty to Conspiracy to Make False Statements in the Acquisition of Firearms, in violation of 18 U.S.C. § 371 and Making False Statements in the Acquisition of Firearms, in violation of 18 U.S.C. § 924(a)(1)(A). He was sentenced to twenty-seven months imprisonment as to each count, to be served concurrently, followed by three years concurrent supervised release as to each count. The Court also ordered Mr. D'Antignac to pay a $200 special assessment, to be paid immediately and $453 restitution, to be paid immediately. Supervision commenced June 17, 2005, and expires on June 16, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violation(s) of Supervised

1. On October 19, 2006, Mr. D'Antignac was arrested by the Howard County Police, MD, and charged with 1st and 2nd Degree Assault, Kidnapping, 1st, 2nd, 3rd and 4th Degree Sex Offense, Handgun in Vehicle, Handgun on Person, Handgun Use in the Commission of a Felonious Violent Crime, False Imprisonment, Armed Robbery, and Reckless Endangerment. (Standard Condition).

2. Mr. D'Antignac did possess a firearm, destructive device, or a dangerous weapon. (Standard Condition).

D'ANTIGNAC, Alphonso
Docket No.: 05-PT-332-TFH
Page 2

3.  Mr. D'Antignac failed to notify the probation officer at least ten days prior to any change in residence. (Standard Condition)

**PRAYING THE COURT WILL ORDER** that a warrant be issued and lodged as a detainer for the arrest of Alphonso D'Antignac as a Supervised Release violator.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____ 10/30/06
Crystal Burston
U.S. Probation Officer
(202) 565-1429

Approved By: _____ 10/30/06
Edward M. Read, Supervising
United States Probation Officer

**ORDER OF COURT**

Considered and ordered this ___ day of __November__, 2006.

_____
Thomas F. Hogan
Chief Judge
United States District Court

11/1/06
Date

Gerald L. Jones
Docket No.: 06-pt-0339-01
Page 3

**Notice of Delivery To Parties:**

**U.S. Attorney's Office**
Tasheeka Hawkins
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

A.J. Kramer
Federal Public Defender's Office
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004

Alphonso D'Antignac
Howard County Detention Center
Howard County, Maryland