# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:

05-PT-332-TFH

United States District Court for
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

DATE: 1/04/06
U.S.A. vs. D'Antigua

CASE NO.: 07-02 BPG
YOUR DOCKET NO.: 05-PT-332 TFH

Enclosed herein please find certified copies of the following:

- ( ) Warrant of Arrest (Copy)
- ( ) Complaint/Indictment/Information (Copy)
- (X) Financial Affidavit
- ( ) Contribution Order
- (X) Order appointing the Federal Public Defender
- ( ) CJA 20 Voucher - Appointment of counsel under CJA
- ( ) Appearance Bond
- ( ) Order Setting Conditions of Release
- ( ) Appearance Line of Counsel
- ( ) Waiver of Preliminary Hearing
- ( ) Waiver of Identity/Removal Hearing
- ( ) Temporary Detention Order
- (X) Detention Order
- (X) Commitment to Another District
- ( ) Docket Sheet from this District
- (X) Order re: Medical Evaluation and Appropriate Treatment of Detainee
- ( ) Other:

FILED

JAN - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.

**Return to:**
**Clerk, U.S. District Court**
**101 West Lombard Street, Room 4415**
**Baltimore, MD 21201-2675**

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. 07-02BPG |
| ALPHONSO D'ANTIGNAC | * | |

\*\*\*\*\*\*\*

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this _4TH_ day of _January_ _2007_, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

1/4/07

I hereby attest and certify on
that the foregoing document is a full, true and correct
copy of the original on file in my office and in
legal custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

vs.                               *

ALPHONSO D'ANTIGNAC               *          Case No.  07-02BPG

*******

### WAIVER OF RULE 5(c)(3) HEARINGS
### (Formerly Rule 40 Hearings)

I understand that in the _____ District of __Columbia_____,

charges are pending alleging violation of __Supervised Release_____

_____ and that I have been arrested in this District and taken before a United States Magistrate Judge who

informed me of the charge and of my right to:

1. retain counsel or request the appointment of counsel if I am unable to retain counsel;
2. an identity hearing to determine if I am the person named in the charge;

*check one only*

[ ] **ALL CASES EXCEPT PROBATION AND SUPERVISED RELEASE CASES**

3. a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and
4. request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE CASES**

3. a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
4. a hearing under Rule 46(d), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

I HEREBY WAIVE MY RIGHT TO:

[X] an identity hearing
[X] a preliminary hearing
[ ] an identity hearing and have been informed I have no right to a preliminary hearing
[X] an identity hearing but request a preliminary hearing be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

Date __Jan 4, 2007__

_____
Defense Counsel

U.S. District Court - Criminal Magistrate Forms: Removal Hearing 302 (Rev. 4/16/2003)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

vs.                               *          Case No.   07-02BPG

ALPHONSO D'ANTIGNAC               *

*******

## ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

### PART I: FINDINGS OF FACT

☑ (1) This is a case in which the [government may properly seek detention] or [the court may consider ordering detention sua sponte].

☑ (2) The defendant is charged under: _violation of supervised release_

☑ (3) The maximum term of imprisonment, if convicted, is: _3 years_

☑ (4) Based on the government's [proffer] [evidence] there is probable cause to believe that the defendant committed the offense(s) charged.
☑ The government is entitled to a presumption under § 3143 [describe in Part II].
☐ The defendant has failed to rebut this presumption [as to flight risk] or [as to danger].

☐ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☐ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☑ (7) I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure [the defendant's presence at trial or as otherwise required] [community safety].

### PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION

(1) Standard of 18 USC 3143 - presumption in favor of detention
(2) Allegations in petition establish risk of danger (violent offense alleged) and risk of flight (no notif. of address change)

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

_1-4-07_                                    _Beth P. Gesner_
Date                                        BETH P. GESNER
                                            UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 101

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

ALPHONSO D'ANTIGNAC

Case No. 07-02BPG

## ORDER OF COMMITMENT TO ANOTHER DISTRICT

**DOCKET NUMBER:**
District of arrest:
District of offense: 05-PT-332TFH

**MAGISTRATE JUDGE CASE NUMBER:**
District of arrest: 07-02BPG
District of offense:

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON A/AN:**

☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify) Violation of Supervised Release

charging a violation of                  U.S.C. §

**DISTRICT OF OFFENSE:**

District of Columbia

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release

**CURRENT BOND STATUS:**

☐ Bail fixed at $_____ and conditions were not met

☒ Government moved for detention and defendant detained after hearing in District of Arrest

☐ Government moved for detention and defendant detained pending detention hearing in District of Offense

U.S. District Court (4/2000) Criminal Magistrate Forms: Removal Hearing 301                Page 1 of 2

❏ Other (specify)

**REPRESENTATION:**

    ❏ Retained Own Counsel    X Federal Defender Organization    ❏ CJA Attorney    ❏ None

Interpreter Required?    ❏ Yes    Language: _____    X No

**DISTRICT OF** __Maryland__

TO THE UNITED STATES MARSHAL:

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_/s/ Beth P. Gesner_

BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

This commitment was received and executed as follows:

| Date Commitment Order Received | Place of Commitment |
|---|---|
| Date Defendant Committed | I hereby attest and certify on 1/4/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody. FELICIA C. CANNON, CLERK, U.S. DISTRICT COURT, DISTRICT OF MARYLAND — UNITED STATES MARSHAL, Deputy |
| Date | BY: Deputy Marshal |

Prob 19-DC
(1/82)

# United States District Court
## for the
## District of Columbia

U.S.A. vs. D'ANTIGNAC, Alphonso           Docket No.: 05-PT-332-TFH

TO: ¹Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>D'ANTIGNAC, Alphonso | | SEX<br>Male | RACE<br>Black | AGE<br>23 |
| ADDRESS (STREET, CITY, STATE)<br>200 Rhode Island Ave., NE, #224<br>Washington, DC 20002 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) Dudley H. Bowen, Jr., Chief Judge for the United States District Court for the Southern District of Georgia | | | |
| CLERK<br>Nancy Mayer-Whittington | (BY) DEPUTY CLERK | | DATE 03 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Columbia;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."