Prob 19-DC
(1/82)

# United States District Court
## for the
## District of Columbia

**FILED**
JAN 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. D'ANTIGNAC, Alphonso                    Docket No.: 05-PT-332-TFH

TO: [1]**Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>D'ANTIGNAC, Alphonso | SEX<br>Male | RACE<br>Black | AGE<br>23 |
| ADDRESS (STREET, CITY, STATE) | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) Dudley H. Bowen, Jr., Chief Judge for the United States District Court for the Southern District of Georgia | | | |
| CLERK<br>Nancy Mayer-Whittington | (BY) DEPUTY CLERK | | DATE<br>NOV 03 2006 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>11-3-06 | DATE EXECUTED<br>1-9-06 |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME<br>GEORGE WALSH | (BY)<br>Laural Baldwin | DATE<br>1-9-06 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Columbia;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."