IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | ) Judge-Thomas F. Hogan |
| v. | ) |
| | ) Case No.: 05-PT-332-TFH |
| | ) |
| | ) Next Event: Status Hearing |
| ALPHONSO D'ANTIGNAC | )    January 26, 2007 |

**CONSENT MOTION TO CONTINUE**
**STATUS HEARING TO THE AFTERNOON OF FEBRUARY 22, 2007**

COMES NOW, Defendant, Alphonso D'Antignac, by and through his attorney, Bruce A. Johnson, Jr., and moves this Honorable Court to continue the status hearing of this matter, which is currently scheduled for January 26, 2007. In support thereof, Mr. D'Antignac states as follows:

1) It is alleged that Mr. D'Antignac has violated the terms and conditions of his probation in the above-captioned case.

2) A status hearing in this matter is scheduled for January 26, 2007.

3) Counsel has an attempted murder trial on the same date and time as this matter in Baltimore City, *State of Maryland v. Tianee Devon.* Initially, the trial in Baltimore City was scheduled for January 16, 2007 but due to scheduling conflict with the Court's calendar, the Court unilaterally continued the trial date to January 24, 2007. The case will last at least four (4) days.

4) That no prejudice would come to either side by the granting of a continuance.

5) The United State's Attorney's Office does not oppose this short continuance request. The afternoon of February 22, 2007 has been cleared with the

prosecutor's calendar.

WHEREFORE, for the aforementioned reasons, Defendant, Alphonso D'Antignac prays that this Honorable Court continue the status hearing to the afternoon of February 22, 2007.

Respectfully Submitted,

BRUCE A JOHNSON JR., LLC

_____
Bruce A. Johnson, Jr., Esquire (#445925)
4301 Northview Drive
Bowie, Maryland 20716
(301) 860-1505 (direct dial)
(301) 860-1508 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Continue was this ____ day of _____, 2007, mailed to Angela George, Esq., Assistant United States Attorney for the District of Columbia.

_____
Bruce A. Johnson, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| | ) **Judge-Thomas F. Hogan** |
| **v.** | ) |
| | ) **Case No.: 05-PT-332-TFH** |
| | ) |
| | ) **Next Event: Status Hearing** |
| **ALPHONSO D'ANTIGNAC** | )     **January 26, 2007** |

## ORDER

UPON CONSIDERATION of the Defendant, Alphonso D'Antignac's Consent Motion to Continue the Status Hearing and having found a valid basis upon which to postpone the status hearing of this matter, it is this ____ day of _____, 2007, hereby;

ORDERED, that the Motion to Continue is GRANTED, and it is further;

ORDERED, that the status hearing of this matter shall be reset to _____.

_____
Judge Thomas F. Hogan, United States
District Court for the District of
Columbia

copies to:

Bruce A. Johnson, Jr., Esq.
4301 Northview Drive
Bowie, Maryland 20716

Angela George, Esq.
Assistant United State's Attorney