**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| | ) Judge-Thomas F. Hogan |
| v. | ) |
| | ) Case No.: 05-PT-332-TFH |
| | ) |
| | ) Next Event: Status Hearing |
| **ALPHONSO D'ANTIGNAC** | )      January 26, 2007 |

### LINE OF APPEARANCE

Dear Sir/Madam Clerk:

Please enter the appearance of Bruce A. Johnson, Jr., Esquire as counsel for the Defendant in the above referenced matter.

Respectfully submitted,

BRUCE A. JOHNSON JR., LLC

_____
Bruce A. Johnson, Jr., Esquire (#445925)
4301 Northview Drive
Bowie, Maryland 20716
(301) 860-1505

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Line Entering Appearance of Bruce A. Johnson, Jr. as counsel for the Defendant was this _____ day of_____ 2007, sent via facsimile and first class mail, postage prepaid, to Angela George, Esquire, Assistant United State's Attorney for the District of Columbia.

_____
Bruce A. Johnson, Jr.