## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | **Judge-Thomas F. Hogan** |
| **v.** | ) | |
| | ) | **Case No.: 05-PT-332-TFH** |
| | ) | |
| | ) | **Next Event: Status Hearing** |
| **ALPHONSO D'ANTIGNAC** | ) | **January 26, 2007** |

### ORDER

UPON CONSIDERATION of the Defendant, Alphonso D'Antignac's Consent Motion to Continue the Status Hearing and having found a valid basis upon which to postpone the status hearing of this matter, it is this \_\_\_\_ day of _____, 2007, hereby;

ORDERED, that the Motion to Continue is GRANTED, and it is further;

ORDERED, that the status hearing of this matter shall be reset to _____.

_____
Judge Thomas F. Hogan, United States
District Court for the District of Columbia

copies to:

Bruce A. Johnson, Jr., Esq.
4301 Northview Drive
Bowie, Maryland 20716

Angela George, Esq.
Assistant United State's Attorney