**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| ) | **Judge-Thomas F. Hogan** |
| **v.** ) | |
| ) | **Case No.: 05-PT-332-TFH** |
| ) | |
| ) | **Next Event: Status Hearing** |
| **ALPHONSO D'ANTIGNAC** ) | **January 26, 2007** |

## NOTICE OF FILING

COMES NOW, Defendant, Alphonso D'Antignac by and through his attorney, Bruce A. Johnson, Jr., and hereby submits this notice to this Honorable Court of a proposed Order for the Defendant's Consent Motion to Continue the Status Hearing to the Afternoon of February 22, 2007.

Respectfully Submitted,

BRUCE A JOHNSON JR., LLC

_____
Bruce A. Johnson, Jr., Esquire (#445925)
4301 Northview Drive
Bowie, Maryland 20716
(301) 860-1505 (direct dial)
(301) 860-1508 (facsimile)