IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | ) Judge-Thomas F. Hogan |
| v. | ) |
| | ) Case No.: 05-PT-332-TFH |
| | ) |
| | ) Next Event: Status Hearing |
| ALPHONSO D'ANTIGNAC | )          January 26, 2007 |

## ORDER

UPON CONSIDERATION of the Defendant, Alphonso D'Antignac's Consent Motion to Continue the Status Hearing and having found a valid basis upon which to postpone the status hearing of this matter, it is this _25th_ day of _January_, 2007, hereby;

ORDERED, that the Motion to Continue is GRANTED, and it is further;

ORDERED, that the status hearing of this matter shall be reset to _February 22, 2007 at 1:45 pm in Courtroom 7_.

_____
Judge Thomas F. Hogan, United States
District Court for the District of Columbia

copies to:

Bruce A. Johnson, Jr., Esq.
4301 Northview Drive
Bowie, Maryland 20716

Angela George, Esq.
Assistant United State's Attorney