PROB 12A-DC
(Rev. 12/82)

# UNITED STATES DISTRICT COURT
# FOR THE
# THE DISTRICT OF COLUMBIA

U.S.A. vs. **Alphonso D'Antignac**　　　　　　　　　Docket No.: **05-PT-332-TFH**

## REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violations of Supervised Release)

COMES NOW **Crystal Burston**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Alphonso D'Antignac**, who was placed on Supervised Release by the Honorable **Dudley H. Bowen, Jr.**, Chief Judge, sitting in the Court in the Southern District of Georgia, on the **3rd** day of **September, 2003**, who fixed the period of Supervised Release at **3** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1)　　Shall pay a $200 special assessment, to be paid immediately;

2)　　Shall pay $453 restitution, to be paid immediately;

3)　　Shall participate in a program of testing for drug and alcohol abuse as deemed necessary by the probation officer, until such time as the defendant is released from the program by the Court;

4)　　Shall perform 200 hours of community service, as directed by the probation officer, within the first twelve months of supervised release.

Mr. D'Antignac appeared before the Honorable Dudley H. Bowen, Jr., Chief United States District Judge for the Southern District of Georgia on September 3, 2003, after a plea of guilty to Conspiracy to Make False Statements in the Acquisition of Firearms, in violation of 18 U.S.C. § 371 and Making False Statements in the Acquisition of Firearms, in violation of 18 U.S.C. § 924(a)(1)(A). He was sentenced to twenty-seven months imprisonment as to each count, to be served concurrently, followed by three years concurrent supervised release as to each count.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
### Statement of Alleged Violations of Supervised

1.　　Mr. D'Antignac is in violation of a Standard Condition of supervision by engaging in new criminal conduct.

2.　　Mr. D'Antignac is in violation of a Standard Condition of supervision by leaving the judicial district without the permission of his probation officer.

D'ANTIGNAC, Alphonso
Docket No.: 05-PT-332-TFH
Page 2

3. Mr. D'Antignac is in violation of a Standard Condition of supervision by failing to notify the probation officer within 72 hours of his arrest.

4. Mr. D'Antignac is in violation of a Standard Condition of supervision by failing to submit a truthful and complete written report within the first five days of the month.

Respectfully Submitted,


Crystal Burston
U.S. Probation Officer
202-565-1429

Approved By: _____
Ervin D. Bell, Supervising
U.S. Probation Officer


Praying the Court will order a hearing on violation of Supervised Release with voluntary appearance of Alfonso D'Antignac. Should your Honor Concur, the attached order has been prepared.

_____
Thomas F. Hogan
Chief Judge
United States District Court

11/1/07
Date