# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **Alphonso D'Antignac**                          Docket No.: **05-PT-332-TFH**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of supervised release with the voluntary appearance of Alfonso D'Antignac to before the Court __/__ Magistrate Judge _FACCIOLA_ on 12/17/07 at 9:30 AM *to be set after Dec. 10, 2007* TFH

### ORDER OF COURT

Considered and ordered this ___1___ day of _November_, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Court

__11/1/07__
Date