PROB 12C-DC
(Rev. 03/07)

FILED
NOV 6 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

U.S.A. vs. **D'Antignac, Alfonso**            Docket No.: **05-PT-332-TFH**

**REQUEST FOR COURSE OF ACTION**
(Issuance of Warrant)

COMES NOW **Crystal Burston**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **D'Antignac, Alfonso**, who was placed on Supervised Release by the Honorable **Dudley H. Bowen, Jr.,** Chief United States District Judge, sitting in the Court at Washington, D.C., on the **3** day of **September**, **2003**, who fixed the period of Supervised Release at **3** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1)    Shall pay a $200 special assessment, to be paid immediately;

2)    Shall pay $453 restitution, to be paid immediately;

3)    Shall participate in a program of testing for drug and alcohol abuse as deemed necessary by the probation officer, until such time as the defendant is released from the program by the Court;

4)    Shall perform 200 hours of community service, as directed by the probation officer, within the first twelve months of supervised release.

Mr. D'Antignac appeared before the Honorable Dudley H. Bowen, Jr., Chief United States District Judge for the Southern District of Georgia on September 3, 2003, after a plea of guilty to Conspiracy to Make False Statements in the Acquisition of Firearms, in violation of 18 U.S.C. § 371 and Making False Statements in the Acquisition of Firearms, in violation of 18 U.S.C. § 924(a)(1)(A). He was sentenced to twenty-seven months imprisonment as to each count, to be served concurrently, followed by three years concurrent supervised release as to each count.

On September 13, 2005, Your Honor accepted transfer of jurisdiction in this case.

D'Antignac, Alfonso
Docket No.: 05-PT-332-TFH
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Statement of Alleged Violations of Supervised Release</u>

5. Mr. D'Antignac is in violation of a Standard Condition of supervision by engaging in new criminal conduct.

6. Mr. D'Antignac is in violation of a Standard Condition of supervision by leaving the judicial district without the permission of his probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *November 6, 2007*

*Crystal Burston*
Crystal Burston
U.S. Probation Officer
(202) 565-1429

Approved By:   *Ervin Bell*
Ervin Bell, Supervising
United States Probation Officer

Praying the Court will order that a warrant be issued for the arrest of D'Antignac, Alfonso as a Supervised Release violator, and lodged as a detainer. Should Your Honor concur, the attached order has been prepared.

*Thomas F. Hogan*
Thomas F. Hogan
Chief Judge
United States District Court