FILED
NOV 6 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **D'Antignac, Alfonso**                    Docket No.: **05-PT-332-TFH**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that a warrant be issued for the arrest of D'Antignac, Alfonso as a Supervised Release violator, and lodged as a detainer.

### ORDER OF COURT

Considered and ordered this ____6TH____ day of __November__, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Court