Prob 19-DC
(1/82)

# United States District Court
## for the
## District of Columbia

**FILED**

MAY 0 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Alfonso D'Antignac

Docket No.: 05-PT-332-TFH

## TO: [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Alfonso D'Antignac | SEX<br>M | RACE<br>B | AGE<br>24 |
| ADDRESS (STREET, CITY, STATE) | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court | | | |
| CLERK<br>Nancy Mayer-Whittington | (BY) DEPUTY CLERK<br>Harold Smith | | DATE<br>November 6, 2007 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>01 MAY 2008 | DATE EXECUTED<br>01 MAY 2008 |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME<br>Robert C Byrd | (BY)<br>DUSM Robert C Byrd | DATE<br>1 May 2008 |

[1]Insert designation of officer to whom the warrant is issued, e g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Columbia;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

720353