**FILED**

**JUN 1 7 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **D'Antignac, Alfonso**　　　　　　　　　Docket No.: **05-PT-332-TFH**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the special conditions of Alfonso D'Antignac's supervised release be modified to include self paid electronic monitoring until final resolution of the pending hearing on violation.

### ORDER OF COURT

Considered and ordered this ___12th___ day of ___June___, 2008.

_____
Alan Kay
United States Magistrate Judge