AO 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

**FILED**
JUL 16 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Case Number   PT 05-332

ALPHONSO D'ANTIGNAC

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, ALPHONSO D'ANTIGNAC, was represented by GREGORY SPENCER-FPD in the above styled cause and was

It appearing that the defendant, who was sentenced on 9/3/2003 placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 16TH day of JULY 2008 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

NINE (9) MONTHS WITH CREDIT FOR TIME SERVED, TO RUN CONSECUTIVE TO ANY OTHER SENTENCE SERVING.

NO TERM OF SUPERVISED RELEASE IMPOSED.

DEFENDANT TO SELF SURRENDER MONDAY JULY 21, 2008 AT 9:30AM IN COURTROOM 25A.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 16TH day of JULY 2008

THOMAS F. HOGAN, U.S. DISTRICT COURT JUDGE